INTERNATIONAL DIESEL ELECTRIC COMPANY, INCORPORATED, Appellant, *v.* SOLOMON MARCHAK, Defendant. ANDREW R. L. MC-NAUGHTON, Respondent.

Argued February 28, 1952; decided March 14, 1952.

*Hyman I. Fischbach* for appellant.

*Borris M. Komar* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.